■ The People of the State of New York, Respondent, v Anthony Taliefrero, Also Known as Anthony Taliafero, Appellant. [835 NYS2d 522]—Judgment, Supreme Court, New York County (Eduardo Padro, J., at plea; Michael R. Ambrecht, J., at sentence), rendered on or about July 13, 2005, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Nardelli, Buckley, Sweeny and Malone, JJ.